IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPUCREDIT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 DISCLOSURE STATEMENT
OF PLAINTIFF COMPUCREDIT CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff CompuCredit Corporation states the following:

CompuCredit Corporation is a publicly-held corporation and does not have a parent corporation. There is no publicly held corporation that owns 10% or more of CompuCredit Corporation's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William M. Lafferty (#2755)
Karl G. Randall (#5054)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
   *Attorneys for Plaintiff*
   *CompuCredit Corporation*

- 2 -

OF COUNSEL:

James P. Gillespie
Jeffrey B. Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Brian McCormally
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

July 11, 2008

2407805