IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**COMPUCREDIT CORPORATION,**

    **Plaintiff,**

    **v.**                                                   Civil Action No. 08-430

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

    **Defendant.**
_____/

### NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

                                          CHARLES L. COPE
                                          Senior Counsel

                                          s/Thomas Holzman
                                          THOMAS HOLZMAN (D.C. Bar # 950162)
                                          Counsel
                                          Federal Deposit Insurance Corporation
                                          3501 Fairfax Drive, D-7024
                                          Arlington, VA 22226
                                          703.562.2369
                                          703.562.2477 (fax)
                                          thholzman@fdic.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: William M. Lafferty; and I hereby certify that I have mailed by United States Postal Service the paper document to the following non-ECF participants: N/A.                                    .

<div style="margin-left:40%">

s/Thomas Holzman
THOMAS HOLZMAN
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7024
Arlington, VA 22226
703.562.2369
703.562.2477 (fax)
thholzman@fdic.gov

</div>