# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 351 9341
302 425 4679 Fax
wlafferty@mnat.com

July 15, 2008

**BY E-FILING AND HAND DELIVERY**

Peter T. Dalleo, Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:   *CompuCredit Corp. v. Federal Deposit Insurance Corp.*
              C.A. No. 08-430-UNA

Dear Mr. Dalleo:

      On Friday, July 11, 2008, Plaintiff, CompuCredit Corporation ("CompuCredit"), filed the above-referenced matter with the Court. The Complaint seeks preliminary and permanent injunctive relief. CompuCredit today has filed its motion ("Motion") for a preliminary injunction in this matter.

      I am writing to inform the Court that CompuCredit will be seeking an expedited schedule for the preliminary injunction, including:

          (a)    A shortened time to answer the Complaint;

          (b)    An expedited discovery schedule in connection with the Motion; and

          (c)    An expedited briefing schedule leading to an expeditious hearing on the Motion.

      Please also note that this matter is related to the case captioned *First Bank of Delaware v. Federal Deposit Insurance Corporation*, C.A. No. 08-429, in which the plaintiff similarly seeks an expedited hearing on its motion for a preliminary injunction.

Peter T. Dalleo, Clerk of the Court
July 15, 2008
Page 2

Counsel are available for consultation if the Court has any questions

Respectfully,

*William M. Lafferty*

William M. Lafferty (#2755)

cc:   Thomas Holzman, Esquire
      James P. Gillespie, Esquire
      Brian McCormally, Esquire