**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**COMPUCREDIT CORPORATION,**

    **Plaintiff,**

       **v.**                                      Civil Action No. 08-430

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

                                                  CHARLES L. COPE
                                                  Senior Counsel

                                                  s/Ashley Doherty
                                                  ASHLEY DOHERTY (D.C. Bar # 336073)
                                                  Counsel
                                                  Federal Deposit Insurance Corporation
                                                  3501 Fairfax Drive, D-7024
                                                  Arlington, VA 22226
                                                  703.562.2377
                                                  703.562.2477 (fax)
                                                  adoherty@fdic.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: William M. Lafferty; and I hereby certify that I have mailed by United States Postal Service the paper document to the following non-ECF participants: N/A.              .

                                              s/Thomas Holzman
                                              THOMAS HOLZMAN
                                              Counsel
                                              Federal Deposit Insurance Corporation
                                              3501 Fairfax Drive, D-7024
                                              Arlington, VA 22226
                                              703.562.2369
                                              703.562.2477 (fax)
                                              thholzman@fdic.gov