AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| CompuCredit Corporation | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  08-cv-430 |
| Federal Deposit Insurance Corporation | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Federal Deposit Insurance Corporation
550 17th St., NW
Washington, DC 20429

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William M. Lafferty (#2755)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, Delaware 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 1 4 2008

PETER T. DALLEO
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPUCREDIT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-430-GMS |
| | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF MAILING AND SERVICE PURSUANT TO D. DEL. L.R. 4.1(b)**

Karl G. Randall, being duly sworn, deposes and says:

1. I am an associate of the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for plaintiff in this action.

2. On July 15, 2008, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I sent copies of the Summons and Complaint by registered mail, return receipt requested, to:

    (a)    Federal Deposit Insurance Corporation
            550 17th St., NW
            Washington, D.C. 20429

    (b)    Michael B. Mukasey
            Attorney General of the United States
            U.S. Department of Justice
            950 Pennsylvania Avenue, NW
            Washington, DC 20530-0001

   (c)  Colm F. Connolly
      United States Attorney's Office
      District of Delaware
      Nemours Building
      P.O. Box 2046
      Wilmington, DE 19899-2046

3. The registered mail return receipt that I received on July 21, 2008, a copy of which is attached hereto as Exhibit A, shows that the Federal Deposit Insurance Corporation received and accepted the Summons and Complaint on July 17, 2008.

4. The registered mail return receipt that I received on July 24, 2008, a copy of which is attached hereto as Exhibit B, shows that Michael B. Mukasey received and accepted the Summons and Complaint on July 18, 2008.

5. The registered mail return receipt that I received on July 24, 2008, a copy of which is attached hereto as Exhibit C, shows that Colm F. Connolly received and accepted the Summons and Complaint on July 22, 2008.

              _____
              Karl G. Randall (#5054)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State of Delaware, County of New Castle,
this 24th day of July, 2008.

_____
Notary Public

ANNE C. CERES
Notary Public - State of Delaware
My Comm. Expires Oct. 5, 2008

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Registered No. RA 122 436 475 US | | | | Date Stamp |
| Reg. Fee $ 10.00 | Special Delivery $ | | | WILMINGTON DE 19801 |
| Handling Charge $ 0.00 | Return Receipt $ 2.20 | | | 0501 04 JUL 15 2008 |
| Postage $ 1.17 | Restricted Delivery $ 0.00 | | | RODNEY SQUARE STATION USPS |
| Received by /s/ M. Matt | | | | Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| Customer Must Declare Full Value $ 0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | | | |

FROM: Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

TO: Federal Deposit Insurance Corporation
550 17th St., NW
Washington, DC 20429
WASHINGTON DC 20429

PS Form 3806, June 2000     Receipt for Registered Mail     (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Deposit Insurance Corporation
550 17th St., NW
Washington, DC 20429

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ V. Best     ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Valerie Best
C. Date of Delivery: 7-17-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 475 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT B

**Registered No.** RA122 436 458 US

| Reg. Fee | $10.95 | Special Delivery | $ |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $1.17 | Restricted Delivery | $0.00 |

Received by: [signature]

Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Date Stamp: WILMINGTON DE 0501, JUL 15 2008, 07/15/08

Domestic Insurance is Limited to $25,000; International Indemnity is Limited (See Reverse)

FROM:
Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

TO:
Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery: JUL 18 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 458 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT C

| Registered No. RA122436444US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 10.00 | Special Delivery $ | WILMINGTON 19801 |
| Handling Charge $ 0.00 | Return Receipt $ 2.20 | 0501 04 JUL 15 2008 |
| Postage $ 1.17 | Restricted Delivery $ 0.00 | 07/15/08 |
| Received by: [signature] | | |
| Customer Must Declare Full Value $ 0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance is Limited to $25,000; International Indemnity is Limited (See Reverse) |

FROM:
Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

TO:
Colm F. Connolly
United States Attorney's Office
District of Delaware
Nemours Building, P.O. Box 2046
Wilmington, DE 19899-2046

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colm F. Connolly
United States Attorney's Office
District of Delaware
Nemours Building, P.O. Box 2046
Wilmington, DE 19899-2046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: LKWilliams]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LKWilliams
C. Date of Delivery: 7/22/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☑ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 444 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540