IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**COMPUCREDIT CORPORATION,**

**Plaintiff,**

**v.**                                                            1:08-cv-430-GMS

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Defendant.**
_____/

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Defendant Federal Deposit Insurance Corporation.

/s/Daniel H. Kurtenbach
DANIEL H. KURTENBACH
D.C. Bar No. 426590
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room VS-D-7066
Arlington, VA 22226
703-562-2465
703-562-2475 (fax)
dkurtenbach@fdic.gov

CHARLES L. COPE
Senior Counsel