IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**COMPUCREDIT CORPORATION,**

**Plaintiff,**

**v.**                                                                                  1:08-cv-430-GMS

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

**Defendant.**
_____/

**MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Federal Deposit Insurance Corporation (FDIC) hereby moves for an enlargement of time for the FDIC to file its opposition to Plaintiff's Motion for Preliminary Injunction (D.I. 5). With this enlargement of time, the FDIC's opposition brief would be due ten days after the Court rules on the FDIC's pending Motion to Dismiss this case.

On July 23, 2008, the FDIC filed its Motion to Dismiss and Motion to Stay Proceedings. D.I. 8. If the FDIC's Motion to Dismiss on jurisdictional grounds is granted, plaintiff's motion for preliminary injunction will be moot. Accordingly, it would be a waste of the Court's time and resources, as well as those of the parties, to continue briefing the preliminary injunction motion unless and until the motion to dismiss is denied.

Accordingly, the FDIC respectfully requests that the time for filing its opposition to plaintiff's motion for a preliminary injunction be enlarged.

Pursuant to D. Del. LR 7.1.1, on August 1, 2008, Gary D. Anderson, counsel for plaintiff, was contacted regarding this motion for enlargement of time.  Mr. Anderson stated that he needed to contact his client regarding this motion.  He did not respond to counsel for FDIC prior to the end of the workday.

        Respectfully submitted,

/s/Daniel H. Kurtenbach
DANIEL H. KURTENBACH
DC Bar No. 426590
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room VS-D-7066
Arlington, VA 22226
703-562-2465
703-562-2475 (fax)
dkurtenbach@fdic.gov
*Attorney for Defendant*
*Federal Deposit Insurance Corporation*

OF COUNSEL
Charles L. Cope (DC Bar No. 70672)
Senior Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**COMPUCREDIT CORPORATION,**

**Plaintiff,**

v.                                                                  1:08-cv-430-GMS

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

**Defendant.**
_____/

## ORDER

Defendant Federal Deposit Insurance Corporation's motion for an enlargement of time for the FDIC to file its opposition to Plaintiff's Motion for Preliminary Injunction (D.I. 5) is hereby GRANTED. The FDIC's opposition brief must be filed within ten days after the Court rules on the FDIC's pending Motion to Dismiss (D.I. 8).

_____
Gregory M. Sleet, Chief Judge