## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed DEFENDANT FDIC'S REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS COMPLAINT AND STAY PROCEEDINGS with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>William M. Lafferty
>Karl G. Randall
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP

I hereby certify that on August 21, 2008, I sent a copy of the same document to the following non-registered counsel for the same party, via e-mail:

>James P. Gillespie
>KIRKLAND & ELLIS LLP

I hereby certify that on August 22, 2008, I sent a copy of the same document to the following non-registered counsel for the same party, via e-mail, after failure of my attempt to send him a copy via email on August 21, 2008:

>Brian McCormally
>ARNOLD & PORTER LLP

>*/s/ Ashley Doherty*